UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARY PECK, MICHAEL SCULLI, and
CAROLYN PROPER, On behalf of
themselves and all others similarly situated,

                          Plaintiffs,

                                                                                         DECISION AND ORDER

                                                                                        11-CV-6545L

                        v.

HILLSIDE CHILDREN'S CENTER and
HILLSIDE FAMILY OF AGENCIES,

                          Defendants.
_____

Presently before this Court is defendants' motion to dismiss plaintiffs' complaint for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6) and 8(a).

IT IS HEREBY ORDERED that, upon the review of defendants' memorandum of law in support of the motion to dismiss, plaintiffs' memorandum of opposition thereto, and defendants' reply memorandum, and oral argument having been heard, defendants' motion to dismiss (Dkt. #5) is denied without prejudice.

Plaintiffs shall have until October 26, 2012 to file an amended complaint. (FED. R. CIV. P. 15(a)(2)).

IT IS SO ORDERED.

                                                       _____
                                                          DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        October 1, 2012